## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08609007 | Current Institution: | Hazelton USP |
| Inmate Name: | WALKER, LARRY | Housing Unit: | F |
| Report Date: | 05/22/2006 | Living Quarters: | F03-121L |
| Report Time: | 1:57:43 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3108 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 6/25/2002 |
| Local Account Activation Date: | 6/23/2005 4:36:24 AM |
| Sort Codes: | |
| Last Account Update: | 5/13/2006 8:36:07 AM |
| Account Status: | Active |
| Phone Balance: | $11.99 |

**FILED**

**MAY 3 0 2006**

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $10.64 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.64 |
| National 6 Months Deposits: | $608.37 |
| National 6 Months Withdrawals: | $598.39 |
| National 6 Months Avg Daily Balance: | $16.92 |
| Local Max. Balance - Prev. 30 Days: | $68.69 |
| Average Balance - Prev. 30 Days: | $8.33 |

5-22-06
Provided by R. Corbett, Counselor
USP Hazelton.

Ms. Whittington could you please keep me up to date on this Civil Action No. 06-0699
Thank You
Larry D. Walker  5-22-06
④

http://10.33.110.107/umr/InmateInquiryCombined.aspx    5/22/2006

## Commissary History

### Purchases

Validation Period Purchases: $39.05
YTD Purchases: $543.69
Last Sales Date: 5/12/2006 10:52:10 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $39.05
Remaining Spending Limit: $250.95

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments: