

| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 90828017 | Current Institution: | Terre Haute FCI |
| Inmate Name: | GLASCOE, ERIC | Housing Unit: | A-1 |
| Report Date: | 04/27/2006 | Living Quarters: | F01-205U |
| Report Time: | 1:03:51 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2344 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/25/2006 2:08:33 AM |
| Account Status: | Active |
| Phone Balance: | $9.91 |

**FILED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.77 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.77 |
| National 6 Months Deposits: | $970.81 |
| National 6 Months Withdrawals: | $972.54 |
| National 6 Months Avg Daily Balance: | $21.64 |
| Local Max. Balance - Prev. 30 Days: | $202.62 |
| Average Balance - Prev. 30 Days: | $36.12 |