## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 03279000 | Current Institution: | Terre Haute FCI |
| Inmate Name: | BLISS, PETER | Housing Unit: | VE |
| Report Date: | 04/26/2006 | Living Quarters: | E02-211L |
| Report Time: | 2:38:31 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4341 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/14/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/12/2006 5:24:52 PM |
| Account Status: | Active |
| Phone Balance: | $11.31 |

**FILED**

**MAY 3 0 2006**

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF COLUMBIA**

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

### Account Balances

| | |
|---|---|
| Account Balance: | $0.78 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.78 |
| National 6 Months Deposits: | $385.89 |
| National 6 Months Withdrawals: | $404.85 |
| National 6 Months Avg Daily Balance: | $20.41 |
| Local Max. Balance - Prev. 30 Days: | $29.80 |
| Average Balance - Prev. 30 Days: | $12.41 |

D. Burton
Counselor J-2
USP Terre Haute

7

http://10.33.25.107/umr/InmateInquiryCombined.aspx          4/26/2006