## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 08669007 | Current Institution: | Terre Haute FCI |
| Inmate Name: | DAY, DONALD | Housing Unit: | B/C |
| Report Date: | 04/27/2006 | Living Quarters: | B01-121L |
| Report Time: | 8:00:10 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5737 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 5/6/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/25/2006 8:59:47 PM |
| Account Status: | Active |
| Phone Balance: | $1.19 |

**FILED**

**MAY 3 0 2006**

**CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA**

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $289.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $289.95 |
| National 6 Months Deposits: | $893.66 |
| National 6 Months Withdrawals: | $608.26 |
| National 6 Months Avg Daily Balance: | $129.16 |
| Local Max. Balance - Prev. 30 Days: | $338.42 |
| Average Balance - Prev. 30 Days: | $287.62 |