## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 30646037 | Current Institution: | Canaan USP |
| Inmate Name: | WILSON, JAMES | Housing Unit: | CI UNIT |
| Report Date: | 05/05/2006 | Living Quarters: | C01-115L |
| Report Time: | 12:41:38 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6638 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | PHL |
| Transferred To: | |
| Account Creation Date: | 6/25/2002 |
| Local Account Activation Date: | 9/8/2005 3:59:30 AM |
| Sort Codes: | |
| Last Account Update: | 5/5/2006 8:39:15 AM |
| Account Status: | Active |
| Phone Balance: | $4.69 |

**FILED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $10.99 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $10.99 |
| National 6 Months Deposits: | $1,121.68 |
| National 6 Months Withdrawals: | $1,210.90 |
| National 6 Months Avg Daily Balance: | $51.65 |
| Local Max. Balance - Prev. 30 Days: | $92.24 |
| Average Balance - Prev. 30 Days: | $34.31 |

9