# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11833007 | Current Institution: | Terre Haute FCI |
| Inmate Name: | DICKERSON, CHRISTOPHER | Housing Unit: | 3 |
| Report Date: | 04/26/2006 | Living Quarters: | M03-045L |
| Report Time: | 2:39:57 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1788 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/25/2006 2:24:50 PM |
| Account Status: | Active |
| Phone Balance: | $0.01 |

**FILED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $510.75 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $510.75 |
| National 6 Months Deposits: | $698.78 |
| National 6 Months Withdrawals: | $380.10 |
| National 6 Months Avg Daily Balance: | $349.46 |
| Local Max. Balance - Prev. 30 Days: | $542.45 |
| Average Balance - Prev. 30 Days: | $498.64 |

D. Burton
Counselor J-2
USP Terre Haute