UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER DICKERSON, *et al.*,       )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )   Civil Action No. 06-0699
                                       )
UNITED STATES PAROLE COMMISSION,       )   **FILED**
                                       )
        Defendant.                     )   MAY 3 0 2006
                                           CLERK, U.S. DISTRICT COURT
                                           DISTRICT OF COLUMBIA

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1.      Plaintiff **ERIC GLASCOE** is obligated to pay an initial partial filing fee of $ **32.36** to the Clerk of the United States District Court for the District of Columbia.

2.      Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3.      The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the



amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: May 30, 2006