
```
                UNITED STATES DISTRICT COURT                RECEIVED
                FOR THE DISTRICT OF COLUMBIA
                                                             AUG 0 3 2006

                                                         NANCY MAYER WHITTINGTON, CLERK
                                                              U.S. DISTRICT COURT
ERIC GLASCOE,    #90828-017,        )
JAMES WILSON,    #30646-037,        )
LARRY WALKER,    #08609-007,        )
PETER BLISS,     #03279-000,        )
DONALD DAY,      #08669-007,        )
CHRISTOPHER DICKERSON,11833-007,    )
                                    )
              Plaintiffs,           )    Civil Action No. 06 0699-RJL
                                    )
                                    )
v.                                  )
                                    )
                                    )
                                    )
UNITED STATES PAROLE COMMISSION,    )
                                    )
              Defendants.           )
```

REQUEST FOR SUBSTITUTION OF PARTIES
PURSUANT TO FED. R. CIV. PROCEDURE, RULE 25(b)

COMES NOW, Plaintiffs in the above-entitled action and urge this court to permit them to substitute a party to the extent that all correspondence henceforth, will come **Eric Glascoe**, as lead plaintiff in this action, as indicated by the above caption. If applicable the authority to grant this permission may be found at D.C. Code §12-102. To further support this request, plaintiffs state the following:

1. This substitution is necessary because of the inadequate competence of Mr. Dickerson and his admitted ignorance of how to proceed properly any further in this matter. On several occasions



correspondence has come to Mr. Dickerson from this court that came only to him. For several days he forgot he had received it, eventually notifying the rest of the class days later. In the future this sort of action on the part of Mr. Dickerson may interfere with deadline restraints.

    3.   Mr. Dickerson's mental stability may now be in question. Whether due to a creeping episode of Alzheimer's disease or flat-out brain deterioration, we are not certain which. However, we are certain he can no longer remain the lead plaintiff in this class action suit. Therefore, this court <u>must</u> <u>not</u> send correspondence exclusively to Mr. Dickerson in this regard, because his incompetence will affect the process of this suit.

    4.   This is a request wherein one sole plaintiff is substituted in the place of a plaintiff who will remain in this action, only not in the capacity of lead plaintiff; this substitution is in the order of names essentially and directing the court as to where correspondence should come.

    5.   We, the plaintiffs in this action have agreed that such a substitution would not prejudice the rights of the defendants in error in any particular way, but would tend toward a more speedy and articulate presentation of the present controversy. We also emphasize that Mr. Dickerson must remain an original member of this class action suit.

6. We, the plaintiffs, believe that this court should make the requested substitution in interest is also caused by an assignment pendente lite, of the cause of action, and it is not material that Mr. Dickerson was the lead plaintiff.

## CONCLUSION

WHEREFORE, for all the reasons stated herein plaintiffs prays this court will grant this request for substitution of parties.

Respectfully submitted,

s/ _Eric Glasoe_
Eric Glasoe, #90828-017

s/ _James Wilson_
James Wilson, 30646-037

s/ _Larry Walker_
Larry Walker, 08609-007

s/ _Peter Bliss_
Peter Bliss, 03279-000

s/ _Donald Day_
Donald Day, 08669-007

s/ _Christopher Dickerson_
Christopher Dickerson, 11833-007

Dated: July 27, 2006.