RECEIVED
AUG 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIC GLASCOE, et. al., )
              )
    Plaintiff, )
              )
v.            )   Civil Action No. 06 0699-RJL
              )
UNITED STATES PAROLE COMMISSION, )
              )
    Defendant. )

## MOTION FOR CLARIFICATION

COMES NOW, Eric Glascoe, in representation of the class in this action and asks this court for clarification of the in forma pauperis status of th is action. The reason this motion is submitted is because,

1. On **April 19, 2006** this case was assigned to Judge Reggie B. Walton, who cited federal law effective February 7, 2005 that required a **$250.00** filing fee for this class action suit. His order was signed **April 10, 2006.** [See Attachment].

2. On **May 30, 2006,** this case was re-assigned to judge John Bates, who found that a **$350.00** filing fee was required for this action, in accordance with 28 U.S.C. §1915(b). Judge Bates ordered plaintiff, Eric Glascoe to pay an initial filing fee of

$32.36 as partial payment. [See Attachment].

3. On **June 12, 2006** this case again was re-assigned. The current judge is Richard J. Leon, who issued the attached letter indicating that **"Leave to file without prepayment of costs is granted."** Judge Leon states nothing about partial filing fees for any of the members of this class action suit. Nevertheless, this institution's finance officer is taking each plaintiff's funds from his account for court costs of this action; funds that each plaintiff desperately needs to maintain personal affects, hygiene, etc.

4. Plaintiffs need clarification at this time as to the status of its ability to proceed in forma pauperis for all the reasons stated above, and urge this court to issue an order indicating that it has been granted that this action may proceed " . . .**without payment of costs** . . ." Only then can plaintiffs inform the finance personnel here to stop taking the funds from each plaintiff's account

5. Plaintiffs also will inform the court that pursuant to Rule 15(a) an amendment to the current pleadings will comport with the letter and spirit of monetary damages for the pain and suffering of each plaintiff in this action. Plaintiffs believe

that such an amendment is required and justified and certainly notice will be given when the time is appropriate. Notice will be given to the defendants as well.

## CONCLUSION

WHEREFORE, Plaintiffs prays this court will grant this motion and any other relief it deems just and fair.

Respectfully submitted,

s/ *Eric Glascoe*
Eric Glascoe, et. al.
#90828-017
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Dated: July 27, 2006.