**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| |
|---|
| CHRISTOPHER DICKERSON, *et al.*, |
| Plaintiffs, |
| v. |
| UNITED STATES PAROLE COMMISSION, |
| Defendant. |

Civil Action No. **06 0699**

### ORDER

This matter comes before the Court on its initial review of plaintiffs' application to proceed *in forma pauperis*.

The Court hereby advises plaintiffs that federal law, effective February 7, 2005, requires a plaintiff in a civil action to pay a filing fee of $250.00. In order for the Court to consider plaintiff's motion, <u>each plaintiff must provide the Court with a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915. After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust

1

fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

**ORDERED** that, within thirty (30) days of this Order, each plaintiff shall provide the information described above. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge

DATE: April 10, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DICKERSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES PAROLE COMMISSION, ) <br> ) <br> Defendant. ) | Civil Action No. 06-0699 <br><br> **FILED** <br><br> MAY 3 0 2006 <br><br> CLERK, U.S. DISTRICT COURT <br> DISTRICT OF COLUMBIA |

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1. Plaintiff **ERIC GLASCOE** is obligated to pay an initial partial filing fee of $ <u>32.36</u> to the Clerk of the United States District Court for the District of Columbia.

2. Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3. The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and paid to the Clerk of the United States District Court for the District of Columbia each time the

amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is GRANTED, except to the extent that Plaintiff is required to make the payments set forth above.

SO ORDERED.

_____
United States District Judge

DATE: May 30, 2006

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Monday, June 12, 2006

Civil Action#: 060699 - *R J L*

Plaintiff: CHRISTOPHER DICKERSON

DEAR CHRISTOPHER DICKERSON

In the above entitled case, please be advised that on 05/30/06, Judge Bates endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Leon. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK
By: Mrs. M. Higgins