UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Christopher Dickerson )<br>Reg. No. 11833-007 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801, )<br>)<br>Donald Day )<br>Req. No. 08669-007 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801, )<br>)<br>Eric Glascoe )<br>Reg. No. 90828-017 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801, )<br>)<br>Peter Bliss )<br>Reg. No. 03279-000 )<br>U.S. Penitentiary )<br>P.O. Box 12015 )<br>Terre Haute, IN 47801, )<br>)<br>James Wilson )<br>Reg. No. 30646-037 )<br>F.C.I. )<br>P.O. Box 33 )<br>Terre Haute, IN 47808, )<br>)<br>Larry Walker )<br>Reg. No. 08609-07 )<br>U.S. Penitentiary )<br>P.O. Box 450 )<br>Sky View Drive )<br>Bruceton Mills, WV 26525, )<br>)<br>           Plaintiffs, )<br>)<br>    v. ) | Civil Action No. 06-0699 (RJL) |

|  |  |
|---|---|
| UNITED STATES PAROLE COMMISSION,<br>5550 Friendship Boulevard, Suite 420<br>Chevy Chase, MD 20815,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Alan Burch, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

                      Respectfully submitted,

                      ___/s/_____
                      ALAN BURCH, D.C. BAR #470655
                      Assistant United States Attorney
                      555 4th St., N.W.
                      Washington, D.C.  20530
                      (202) 514-7204

## CERTIFICATE OF SERVICE

I certify that I caused to be served copies of the foregoing Notice of Appearance on *pro se* Plaintiffs by first class mail at:

Christopher Dickerson
Reg. No. 11833-007
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Donald Day
Req. No. 08669-007
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Eric Glascoe
Reg. No. 90828-017
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Peter Bliss
Reg. No. 03279-000
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

James Wilson
Reg. No. 30646-037
F.C.I.
P.O. Box 33
Terre Haute, IN 47808

Larry Walker
Reg. No. 08609-07
U.S. Penitentiary
P.O. Box 450
Sky View Drive
Bruceton Mills, WV 26525

on this 23rd day of August, 2006.

/s/
ALAN BURCH, D.C. BAR #470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7204