UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER DICKERSON, *et al.*, ) | |
| ) | Civil Action No.: 06-699 (RJL) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES PAROLE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

**ERRATA RE MOTION TO DISMISS**

Defendant, the U.S. Parole Commission, respectfully files this Errata to correct the Certificate of Service attached to its Motion to Dismiss. Service was effected today, September 21st, 2006, and not on the 20th as erroneously indicated in the original Certificate of Service. Counsel regrets the error and any resulting inconvenience or confusion.

September 21, 2006                    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Errata re Motion to Dismiss to be served upon *pro se* Plaintiffs by first class mail addressed to:

CHRISTOPHER DICKERSON
R. #11833-007

DONALD DAY
R. # 08669-007

ERIC GLASCOE
R. # 90828-017

PETER BLISS
R. # 03279-000

JAMES WILSON
R. # 30646-037

LARRY WALKER
R. # 08609-007

   all at:  U.S. Penitentiary
            P.O. Box 12015
            Terre Haute, IN 47801

on this 21st day of September, 2006.

                                                       /s/
                                     ALAN BURCH, D.C. Bar # 470655
                                     Assistant United States Attorney
                                     555 4th St., N.W.
                                     Washington, D.C. 20530
                                     (202) 514-7204
                                     alan.burch@usdoj.gov