September 16, 2006
United States District Court
Honorable Judge:
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Donald Day
Fed. Reg. No. 08669-007
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Re: Dickerson, et al. v. United States Parole Commission
Civil Action No. 06-0699(RJL)

Dear Judge:

The foregoing shall serve as my request for the court to enter an order directing that the total filing fee to be paid in this case not to exceed the statutory maximum, i.e., $350.00, notwithstanding the fact that the fee is to be paid propositionally and in equal several payments by the various plaintiffs in this case.

28 U.S.C. §1914(a) provides:

(a) The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to a filing fee of [$350.00](as amended by The Deficit Reduction Act of 2005)...

See, Looney v. Walters-Tucker, 98 F. Supp. 2d 1,4 (D.C. 2000).

The purpose of the foregoing request is to clarify precisely the total filing fee required by this case, i.e., whether it is $350.00 or $350.00 x each plaintiff?

As it stands, the Bureau of Prisons is requiring the collection of $350.00 x each plaintiff for a grand total of $2,100.00 filing fee.

The amount being charged for the filing of this case is contrary to the governing statute, and it is necessary for this court to enter an order directing the Bureau of Prisons to only collect a total of $350.00 to be paid equally in payments by each plaintiff.

Pursuant to 28 U.S.C. § 1915(b)(3), "In no event shall the filing fee collected exceed the amount of fees permitted by statute for the commencement of a civil action..."

Wherefore, Plaintiff Day requests that this Honorable Court grants the relief prays for here in the above.

Respectfully submitted,

*Donald Day*
Donald Day
Reg. No. 08669-007
US Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

CERTIFICATE OF SERVICE

I certify that a true copy of the above document has been served by First Class mail postage paid on: Alan Burch, Assistant United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530, this 15th day of September, 2006.

Respectfully submitted,

*Donald Day*
Donald Day