UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER DICKERSON *et al.*,  )
)
Plaintiffs,  )
)
v.  ) Civil Action No. 06-0699 (RJL)
)
UNITED STATES PAROLE COMMISSION,  )
)
Defendant.  )

### ORDER

This matter is before the Court on defendant's motion to dismiss under Rule 12(b)(1) and (b)(3) of the Federal Rules of Civil Procedure. Plaintiffs, who are proceeding *pro se*, are advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that plaintiffs shall respond to defendant's motion to dismiss by **November 6, 2006**, or the Court will treat the motion as conceded and may dismiss the case.

Date: 9/29/06

Richard J. Leon
United States District Judge