UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER DICKERSON et al., )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 06-0699 (RJL)
 )
UNITED STATES PAROLE COMMISSION, )
 )
    Defendant. )

ORDER

Plaintiff Donald Day seeks an order "directing that the total filing fee to be paid in this case not [] exceed the statutory maximum" of $350.00. Pursuant to the assessment orders issued May 30, 2006, to the movant and his co-plaintiffs, payments will be deducted from their prison trust fund accounts until the balance of the filing fee for the case, $350.00, is paid. No further deductions will be taken thereafter. Accordingly, it is

ORDERED that plaintiff Day's motion for clarification and an order [Dkt. No. 24] is DENIED as moot.

SO ORDERED.

Date: 10/13/06

Richard J. Leon
United States District Judge