UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER DICKERSON *et al.*,        )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )  Civil Action No. 06-0699 (RJL)
                                        )
UNITED STATES PAROLE COMMISSION,        )
                                        )
            Defendant.                  )

## ORDER

Plaintiffs, proceeding *pro se*, are six prisoners challenging the United States Parole Commission's application of "federally construed" parole guidelines to District of Columbia prisoners. Compl. at 1. They move, pursuant to Fed. R. Civ. P. 23, for class action certification. Defendant has opposed the motion for several valid reasons, three of which suffice here. First, defendant rightly asserts that the motion is untimely under the Court's local rule because it was filed more than 90 days after the filing of the complaint. *See* LCvR 23.1(b). Second, plaintiffs have not defined the class or in any way complied with subsection (c) of the local rule. *See* Def.'s Opp. at 2 (discussing requirements). Third, and most controlling, plaintiffs are proceeding *pro se* and therefore may not prosecute a case on behalf of others. *See* 28 U.S.C. § 1654 ("parties may plead and conduct their own cases personally or by counsel"); Fed. R. Civ. P. 23(g) ("Unless a statute provides otherwise, a court that certifies a class must appoint class counsel."); Def.'s Opp. at 2 (citing cases).

Accordingly, it is this 17th day of November 2006,

ORDERED that plaintiffs' motion for certification of a class action [Dkt. No. 26] is DENIED.

SO ORDERED.

Richard J. Leon
United States District Judge