UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTOPHER DICKERSON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 06-699 (RJL) |
| v. | ) ) ) | |
| UNITED STATES PAROLE COMMISSION, | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF OVERPAYMENT OF FILING FEE**

Defendant, the U.S. Parole Commission, respectfully files this Notice to inform the Court of the status of the filing fee payments made by several of the *pro se* prisoner Plaintiffs in this action. Counsel for Defendant, in consultation with the Bureau of Prisons ("BOP"), has monitored the Plaintiffs' various filings in this case in which Plaintiffs have sought clarification of their obligations with respect to their joint and several liability for the $350 filing fee.

BOP uses an automated system to deduct the monthly payments according to the statutory formula set forth in 28 U.S.C. § 1915(b). Unfortunately, it does not appear that the BOP system is designed to anticipate situations, like this one, involving multiple Plaintiffs who are jointly and severally responsible for the same fee. It bears noting that the statute does not contemplate such situations either, or provide any standards for apportionment among co-plaintiffs. As of November 30, 2006, a total of less than $350 had been collected, so on December 1, 2006, the BOP system proceeded with assessing payments, according to the statutory formula. By applying the statutory formula, the system ended up collecting a total of $371.20, for an excess of $21.30.

Accordingly, it appears that a refund $21.30 to the Plaintiffs is appropriate, but Defendant

takes no position on how to apportion any such refund to the individual Plaintiffs.

Two items should be noted. First, only three of the six Plaintiffs have had sufficient funds to make any payments at all, Day, Glascow, and Dickerson. Second, the BOP system has automatically stopped assessing payments, now that the full filing fee has been collected.

Copies of the relevant payment records are attached.

December 11, 2006                               Respectfully submitted,

                                                _____
                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney


                                                _____
                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                      /s/
                                                _____
                                                ALAN BURCH, D.C. Bar # 470655
                                                Assistant United States Attorney
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Overpayment of Filing Fee to be served upon *pro se* Plaintiffs by first class mail addressed to:

CHRISTOPHER DICKERSON
R. #11833-007

DONALD DAY
R. # 08669-007

ERIC GLASCOE
R. # 90828-017

PETER BLISS
R. # 03279-000

JAMES WILSON
R. # 30646-037

LARRY WALKER
R. # 08609-007

   all at:  U.S. Penitentiary
             P.O. Box 12015
             Terre Haute, IN 47801

on this 11th day of December, 2006.

                                                    /s/
                                      ALAN BURCH, D.C. Bar # 470655
                                      Assistant United States Attorney
                                      555 4th St., N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7204
                                      alan.burch@usdoj.gov