Date: 12/04/2006  
Time: 9:24:12 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Sensitive But Unclassified

Facility: THA

**Criteria:** PLRA Payments

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2006 12:10:40 AM | 90828017 | GLASCOE, ERICA | Active | THP | AMSERVICE | PLRA Payment | ($19.58) | FTHAD697 | | 670 | $10.00 |
| 11/01/2006 12:10:55 AM | 90828017 | GLASCOE, ERICA | Active | THP | AMSERVICE | PLRA Payment | ($14.95) | FTHAD697 | | 322 | $10.00 |
| 10/01/2006 12:10:57 AM | 90828017 | GLASCOE, ERICA | Active | THP | AMSERVICE | PLRA Payment | ($22.25) | FTHAD697 | | 19 | $10.00 |
| 09/01/2006 02:07:32 AM | 90828017 | GLASCOE, ERICA | Active | THP | AMSERVICE | PLRA Payment | ($18.29) | FTHAD697 | | 3367 | $10.00 |
| 07/17/2006 12:45:58 PM | 90828017 | GLASCOE, ERICA | Active | THP | THA7583 | PLRA Payment | ($32.36) | *Initial pmt* (handwritten) | | 2941 | $12.71 |

**Total Number Transactions: 5**

*107.43* (handwritten)

Date: 12/04/2006            Federal Bureau of Prisons            Facility: THA
Time: 9:23:39 am            TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

**Criteria:** PLRA Payments

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2006 12:10:40 AM | 08669007 | DAY, DONALD | Active | THP | AMSERVICE | PLRA Payment | ($37.20) | FTHAD696 | | 660 | $600.79 |
| 11/01/2006 12:10:55 AM | 08669007 | DAY, DONALD | Active | THP | AMSERVICE | PLRA Payment | ($26.37) | FTHAD696 | | 311 | $527.70 |
| 10/01/2006 12:10:57 AM | 08669007 | DAY, DONALD | Active | THP | AMSERVICE | PLRA Payment | ($38.43) | FTHAD696 | | 8 | $585.14 |
| 09/01/2006 02:07:32 AM | 08669007 | DAY, DONALD | Active | THP | AMSERVICE | PLRA Payment | ($30.17) | FTHAD696 | | 3358 | $451.03 |
| 07/17/2006 12:41:07 PM | 08669007 | DAY, DONALD | Active | THP | THA7583 | PLRA Payment | ($27.98) | *Initial pmt* | | 2940 | $397.53 |

**Total Number Transactions: 5**

*160.15* (handwritten)

WorkstationID: THA89R5J61      UserID: THA7583      Page 1 of 1

Date: 12/04/2006  
Time: 9:24:40 am  

**Federal Bureau of Prisons**  
**TRUFACS**  
**View Inmate Transactions**  
Sensitive But Unclassified  

Facility: THA

**Criteria:** PLRA Payments

| Date/Time | Inmate Reg# | Inmate Name | Status | Facility | User Id | TransactionType | Amount | Reference# | Receipt # | Payment # | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2006 12:10:40 AM | 11833007 | DICKERSON, CHRISTOPHER | Active | THP | AMSERVICE | PLRA Payment | ($18.39) | FTHAD698 | | 662 | $506.14 |
| 11/01/2006 12:10:55 AM | 11833007 | DICKERSON, CHRISTOPHER | Active | THP | AMSERVICE | PLRA Payment | ($22.71) | FTHAD698 | | 312 | $500.09 |
| 10/01/2006 12:10:57 AM | 11833007 | DICKERSON, CHRISTOPHER | Active | THP | AMSERVICE | PLRA Payment | ($14.33) | FTHAD698 | | 10 | $540.68 |
| 09/01/2006 02:07:32 AM | 11833007 | DICKERSON, CHRISTOPHER | Active | THP | AMSERVICE | PLRA Payment | ($25.00) | FTHAD698 | | 3360 | $534.62 |
| 07/17/2006 12:50:05 PM | 11833007 | DICKERSON, CHRISTOPHER | Active | THP | THA7583 | PLRA Payment | ($23.29) | *Initial pmt.* | | 2942 | $567.44 |

**Total Number Transactions: 5**

*103.72*