UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER DICKERSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES PAROLE COMMISSION, ) <br> ) <br> Defendant. ) | Civil Action No.: 06-699 (RJL) |

**DEFENDANT'S NOTICE OF CORRECTED CERTIFICATE OF SERVICE**

Defendant respectfully informs the Court that copies of Defendant's Notice of Overpayment of Filing Fee, no. [30], and this Notice were served on the six Plaintiffs today, not yesterday, at the addresses shown in the certificate of service attached to the Notice, no. [30]. Undersigned counsel regrets the error.

December 12, 2006                Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s/
ALAN BURCH
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7204