UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER DICKERSON *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0699 (RJL) |
| ) | |
| UNITED STATES PAROLE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's Notice of Overpayment of Filing Fee, it is

ORDERED that the Clerk shall forthwith refund a total of $21.30 to be divided in equal parts among the three plaintiffs who have made payments toward the filing fee, namely, Donald Day, Eric Glascoe and Christopher Dickerson.

SO ORDERED.

Date: 12/12/06

Richard J. Leon
United States District Judge