UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER DICKERSON, ET AL

    Plaintiffs                 CIVIL ACTION NO. 06-699 (RJL)

    v.

U.S. PAROLE COMMISSION

    Defendant

### PLAINTIFF, ERIC GLASCOE'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Comes now the pro se Plaintiff, Eric Glascoe, through himself and, who files the instant motion for voluntary dismissal without prejudice and states:

Plaintiff Glascoe recently received the Government's motion to dismiss the instant action against the named defendants, submitted by the Court on or about September 20, 2006. Since receipt, plaintiff has been informed by a more experienced jail house lawyer that this action possibly may have been filed in the wrong forum, and, therefore, venue may be improper because the District of Columbia has not been named in the action which to trigger jurisdiction in this Court.

In order to preserve plaintiff's right to refiling of this matter within the proper forum, that is, either in Maryland or Indiana, against the individual Parole Commissioners, it is prudent that plaintiff voluntarily remove himself from the instant proceedings and captioned complaint to prevent this matter from becoming a res judicata...for future filings relating to the issue contained herein.

At this juncture, defendants will not be prejudiced by plaintiff's request for dismissal, and permission for this motion has not been sought from defendalnts counsel, due to the close proximity of events, time con-

- 2 -

straints, among other things.

Moreover, nor has this court provide plaintiff Glascoe with the mandatory notice requirement necessary for converting a motion to dismiss as one for summary judgment, see e.g. Fox v. Strictland, 837 F.2d 507 (D.C. Cir. 1988). Furthermore, because plaintiff is proceeding pro se, the standards for judging his complaint should be reviewed liberally, see Haines, v. Kerner, 404 U.S. 519 (1972). A voluntary dismissal should not have any collateral effects on plaintiff's refiling of his complaint in the proper forum or jurisdiction in light of plaintiff's snafu, that is, filing before the wrong District Court.

Accordingly, for the foregoing reasons, plaintiff respectfully asks that this Court grant his motion to volunatrily dismiss his action, and claims against the U.S. Parole Commission, as a party to the complaint, so that he may be able to file it in the proper forum.

Respectfully Submitted

Eric Glascoe
90828-017
US Penitentiary
Terre Haute
P.O. Box 12015
Terre Haute, In. 47801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER DICKERSON

    Plaintiffs

                                        CIVIL ACTION NO. 06-699 (RJL)

v.

U.S. PAROLE COMMISSION

    Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 7(b)., F.R. Civ. Pro.

2. In the interst of justice.

3. No prejudice to either party.

4. Rule 41, F.R.Civ. Pro.

                                        Respectfully Submitted

                                        */s/ Eric Glascoe*
                                        Eric Glascoe 90828-017
                                        USP Terre Haute
                                        P.O. Box 12015
                                        Terre Haute In. 47801

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the instant memorandum and motion to voluntarily dismiss were mailed, postage paid, this _17_ day of Dec. 2006, and sent to: Alan Burch, Esq., AUSA, 555 4th Strete N.W., Wash., D.C. 20001.

                                        */s/ Eric Glascoe*
                                        Eric Glacoe   Pro Se