UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER DICKERSON, et al.

    Plaintiffs

v.    C.A. NO. 06-699 (RJL)

UNITED STATES PAROLE
COMMISSION

    Defendants

### PRO SE PLAINTIFF, CHRISTOPHER DICKERSON'S, MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 7(b), Fed. R. Civ. Pro., the pro se plaintiff respectfully files this instant motion for voluntary dismissal, without prejudice, of the above entitled civil action, for the following reasons:

Plaintiff Dickerson recently received the Government's response or, motion to dismiss the complaint against the named defendants, tendered to the Court on or about September 20, 2006. After having perused the Government's motion, plaintiff was informed by a more experienced jail-house lawyer that said complaint was filed in the wrong forum, resulting in improper venue under 28 U.S.C.A. § 1391 (b) et seq. . . triggering a jurisdiction issue and, a basis for dismissal under Rule 12(b)(1) - (6), Fed. Rules of Civ. Pro.

In order to preserve plaintiff's right to rfefiling this action in the proper forum, that is either in Maryland or Indiana United States District Courts, it is advisable that plaintiff voluntarily dismiss his claims in order to prevent a res judicata or collateral estoppel in future filings against the Parole Commission.

At the present juncture, defendants' herein will not be prejudiced by the filing of this motion, and due to the close proximity of events, time constraints, plaintiff's incarceration, permission was not sought to the filing of this motion, among other things.

Moreover, nor has this Court provided a pro se litigant with the mandatory notice requirement before converting a motion to dismiss into a motion for summary judgment under Fox v. Strictland, 837 F.2d 507 (D.C. Cir. 1988). A voluntary dismissal should not have any collateral effects on his refiling in the proper forum.

Accordingly, for the foregoing reasons, plaintiff respectfully asks that his pro se motion be granted, in the interest of justice.

Respectfully Submitted

_____
Christopher Dickerson # 11933-007
US Penitentiary
P.O. Box 12015
Terre Haute, In. 47801

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion to voluntary dismiss and memorandum of law, were mailed, postage prepaid, this 2 day of January 2007, and sent to: AUSA Alan Burch, Esq., 555 Fourth Street N.W., Wash., D.C. 20530.

_____
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER DICKERSON

    Plaintiff

v.

U.S. PAROLE COMMISSION

    Defendants

CIVIL ACTION NO. 06-699 (RJL)

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 7(b), Fed. R. Civ. Pro.
2. In the interest of justice.
3. No prejudice to either party.

        Respectfully Submitted

        Christopher Dickerson
        U.S. Penitentiary
        P.O. Box 12015
        Terre Haute, In. 47801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRHISTOPHER DICKERSON

    Plaintiff                   CIVIL ACTION NO. 06-699 (RJL)

v.

U.S. PAROLE COMMISSION

    Defendants

PROPOSE ORDER

Upon consideration of plaintiff's pro se motion to voluntary dismissal the instant civil action, any opposition thereof, review of the entire records herein, it is by the Court this __2__ day of __Jan__ 2007, hereby:

Ordered that the case be dismissed without prejudice as lacking jurisdiction in this forum.

                                       U.S. District Court Judge
                                       Honorable   R.J. Leon

cc:  All Parties of records