UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHRISTOPHER DICKERSON *et al.*,  )
                                 )
    Plaintiffs,                  )
                                 )
v.                               )   Civil Action No. 06-0699 (RJL)
                                 )
UNITED STATES PAROLE COMMISSION, )
                                 )
    Defendant.                   )

## ORDER

This matter is before the Court on defendant's motion to dismiss under Rule 12(b)(1) and (b)(3) of the Federal Rules of Civil Procedure. By Order of September 29, 2006, plaintiffs were advised to respond to the motion by November 6, 2006, or risk the Court's treating the motion as conceded and dismissing the case. Plaintiffs have not opposed the motion. Rather, two of the six plaintiffs have taken steps to voluntarily dismiss the case, conceding that this venue is improper. *See* Dkt. Nos 33, 34. Accordingly it is this 12th day of January 2007,

ORDERED that defendant's motion to dismiss [Dkt. No. 22] is GRANTED as conceded; it is

FURTHER ORDERED that plaintiff Christopher Dickerson's motion for voluntary dismissal [Dkt. No. 34] is DENIED as moot; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice.

Richard J. Leon
United States District Judge